DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Michael E. Blaine, Esq. (ID #018132006)
SCHILLER, KNAPP,
LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, TD Auto Finance, LLC

Order Filed on November 3, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    DANIEL GUZMAN
    AND JOANNA JEREZ
    DBA JOANNA'S CLOSET
    AKA JOANNA GUZMAN,

           Debtors.

Case No.: 16-26834-RG

Hearing Date: November 1, 2016

Judge: Hon. Rosemary Gambardella

Chapter: 13

## ORDER VACATING AUTOMATIC STAY AS TO PERSONAL PROPERTY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: November 3, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of Creditor, TD Auto Finance, LLC, under Bankruptcy Code Sections 362(a) and or relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED, that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal property more fully described as:

**one (1) 2011 Chrysler Town & Country (V.I.N. 2A4RRGDG6BR734362)**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.