| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>GOLDMAN & BESLOW, LLC<br>Attorneys At Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey  07017<br>(973)-677-9000<br>Clifford B. Frish, Esq. - #CBF-2541<br><br>*Attorneys for Debtor, Daniel Guzman and Joanna Jerez* | **FILED**<br>**James J. Waldron, Clerk**<br><br>**NOV 2 1 2016**<br><br>U.S. Bankruptcy Court, Newark NJ<br>BY: _____ Deputy |
| In Re:<br><br>**DANIEL GUZMAN and JOANNA JEREZ**<br><br>Debtors. | Case No. 16-26834<br><br>Chapter:    13<br><br>Hearing Date:  NOV 22 , 2016<br><br>Judge:    Rosemary Gambardella |

## ORDER SHORTENING TIME PERIOD
## FOR NOTICE AND SETTING HEARING

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED**.

/1-21-16

Page:       2
Debtor:     **Daniel Guzman and Joanna Jerez**
Case No.:   **16-26834/RG - Chapter 13**
Caption:    **Order Shortening Time Period for Notice and Setting Hearing**

---

Upon consideration of the application of Clifford B. Frish, Esq., attorney for debtors, Daniel Guzman and Joanna Juarez, for notice under Fed. R. Bankr. P. 9006 (c) (1), and for cause shown, it is

**ORDERED** as follows:

1. The time period required by Local Bankruptcy Rule 9013-1 or Fed. R. Bankr. P. 2002 or other rule for notice of hearing on  Motion to Reinstate Stay as to TD Financial, LLC, is hereby shortened as set forth herein.

2. The hearing shall be conducted on the aforesaid motion/application on _November 22_, 2016 at _2:00_ o'clock in the _after_ noon at the United States Bankruptcy Court, King Federal Building, 50 Walnut Street, Third Floor, Newark, New Jersey, 07102.

3. True copies of this Order, the application for it, and the moving papers shall be served upon all parties on service list on motion.

**SEE EXHIBIT "A"**

Page: 3
Debtor: Daniel Guzman and Joanne Jerez
Case No.: 16-26834/RG - Chapter 13
Caption: Order Shortening Time Period for Notice and Setting Hearing

by:

☒ fax ☒ overnight mail

☒ e-mail ☐ hand delivery

☐ regular mail

and within

☐ _____ day(s) of the date hereof, or

☒ on the same date as the order.

4. Immediate telephone notice of entry of this Order shall also be given to said parties.

5. Any objections to said motion/application:

☐ shall be filed and served so as to be received no later than _____

☒ may be presented at the hearing.

6. ☒ Court appearance will be required to prosecute said motion/application and any objections.

☐ Any objector may appear by telephone at the hearing.

☐ The hearing will be held by telephone conference call, to be arranged by the applicant.