| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c) | **FILED**<br>**James J. Waldron, Clerk**<br><br>**NOV 2 1 2016**<br><br>U.S. Bankruptcy Court, Newark NJ<br>BY: _____ Deputy |
| GOLDMAN & BESLOW, LLC<br>Attorneys At Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey  07017<br>(973)-677-9000<br>Clifford B. Frish, Esq. - #CBF-2541<br><br>*Attorneys for Debtor, Daniel Guzman and Joanna Jerez* | |
| In Re:<br><br>**DANIEL GUZMAN and**<br>**JOANNA JEREZ**<br><br>Debtors. | Case No. 16-26834<br><br>Chapter:   13<br><br>Hearing Date: NOV 22, 2016<br><br>Judge:   Rosemary Gambardella |

## ORDER SHORTENING TIME PERIOD
## FOR NOTICE AND SETTING HEARING

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED**.

*/s/ Rosemary Gambardella*

11-21-16

Page:       2
Debtor:     Daniel Guzman and Joanna Jerez
Case No.:   16-26834/RG - Chapter 13
Caption:    Order Shortening Time Period for Notice and Setting Hearing

---

Upon consideration of the application of Clifford B. Frish, Esq., attorney for debtors, Daniel Guzman and Joanna Juarez, for notice under Fed. R. Bankr. P. 9006 (c) (1), and for cause shown, it is

**ORDERED** as follows:

1. The time period required by Local Bankruptcy Rule 9013-1 or Fed. R. Bankr. P. 2002 or other rule for notice of hearing on <u>Motion to Reinstate Stay as to TD Financial, LLC</u>, is hereby shortened as set forth herein.

2. The hearing shall be conducted on the aforesaid motion/application on _November 22_, 2016 at _2:00_ o'clock in the _aftr_ noon at the United States Bankruptcy Court, King Federal Building, 50 Walnut Street, Third Floor, Newark, New Jersey, 07102.

3. True copies of this Order, the application for it, and the moving papers shall be served upon _all parties on service list on motion_.

SEE EXHIBIT "A"

Page:      3
Debtor:    Daniel Guzman and Joanne Jerez
Case No.:  16-26834/RG  - Chapter 13
Caption:   Order Shortening Time Period for Notice and Setting Hearing

___

by:

☒ fax                    ☒ overnight mail

☒ e-mail                 ☐ hand delivery

☐ regular mail

and within

☐ _____ day(s) of the date hereof, or

☒ on the same date as the order.

4. Immediate telephone notice of entry of this Order shall also be given to said parties.

5. Any objections to said motion/application:

☐ shall be filed and served so as to be received no later than _____

☒ may be presented at the hearing.

6. ☒ Court appearance will be required to prosecute said motion/application and any objections.

☐ Any objector may appear by telephone at the hearing.

☐ The hearing will be held by telephone conference call, to be arranged by the applicant.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-26834-RG
Daniel Guzman                                                       Chapter 13
Joanna Jerez
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin           Page 1 of 1         Date Rcvd: Nov 21, 2016
                          Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2016.
db/jdb        +Daniel Guzman,   Joanna Jerez,   19 High Street,   Wayne, NJ 07470-4714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2016 at the address(es) listed below:
      Brian C. Nicholas    on behalf of Creditor    Colonial Savings F.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      Clifford B. Frish    on behalf of Joint Debtor Joanna   Jerez yrodriguez@goldmanlaw.org, cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
      Clifford B. Frish    on behalf of Debtor Daniel   Guzman yrodriguez@goldmanlaw.org, cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
      Denise E. Carlon    on behalf of Creditor    Colonial Savings F.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Marie-Ann  Greenberg    magecf@magtrustee.com
      Mark  Goldman    on behalf of Joint Debtor Joanna   Jerez yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
      Mark  Goldman    on behalf of Debtor Daniel   Guzman yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
      Michael E. Blaine    on behalf of Creditor    TD Auto Finance LLC mblaine@schillerknapp.com, tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
      Rebecca K. McDowell    on behalf of Creditor    First Niagara Bank, N.A. rmcdowell@slgcollect.com
      Robert L. Saldutti    on behalf of Creditor    First Niagara Bank, N.A. rsaldutti@salduticollect.com, lmarciano@saldutticollect.com;kcollins@slgcollect.com
                                                                                                  TOTAL: 10