| |
|---|
| DISTRICT OF NEW JERSEY<br>UNITED STATES BANKRUPTCY COURT |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Michael E Blaine, Esq. (ID #018132006)<br>Schiller, Knapp, Lefkowitz & Hertzel, LLP<br>A LLP Formed in the State of New York<br>30 Montgomery Street, Suite 1205<br>Jersey City, New Jersey 07302<br>(518) 786-9069<br>Attorneys for Creditor, TD Auto Finance, LLC |
| In Re:<br><br>DANIEL GUZMAN<br>AND JOANNA JEREZ<br>DBA JOANNA'S CLOSET<br>AKA JOANNA GUZMAN<br><br>Debtor. |

Order Filed on December 1, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-26834-RG

Judge: Hon. Rosemary Gambardella

Chapter: 13

**CONSENT ORDER RESOLVING MOTION TO REIMPOSE AUTOMATIC STAY AS TO**

**TD AUTO FINANCE, LLC**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: December 1, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

| |
|---|
| DISTRICT OF NEW JERSEY<br>UNITED STATES BANKRUPTCY COURT |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Michael E Blaine, Esq. (ID #018132006)<br>Schiller, Knapp, Lefkowitz & Hertzel, LLP<br>A LLP Formed in the State of New York<br>30 Montgomery Street, Suite 1205<br>Jersey City, New Jersey 07302<br>(518) 786-9069<br>Attorneys for Creditor, TD Auto Finance, LLC |
| In Re:<br><br>DANIEL GUZMAN<br>AND JOANNA JEREZ<br>DBA JOANNA'S CLOSET<br>AKA JOANNA GUZMAN<br><br>Debtor. |

Case No.: 16-26834-RG

Judge: Hon. Rosemary Gambardella

Chapter: 13

# CONSENT ORDER RESOLVING MOTION TO REIMPOSE AUTOMATIC STAY AS TO TD AUTO FINANCE, LLC

WHEREAS, Debtors moved for an Order reimposing the automatic stay as to TD Auto Finance, LLC (hereinafter "creditor"); and

WHEREAS, the parties have agreed that debtor has cured any post petition default and further agreed to resolve the instant dispute by this Consent Order;

NOW THEREFORE, the creditor and debtor hereby agree as follows:

1. That the Order Vacating Automatic Stay as to Personal Property entered by this Court on November 3, 2016 is hereby vacated.

2. That the debtors shall file an amended plan proposing to pay pre-petition arrears in the amount of $820.66 through the Chapter13 Plan, to the extent deemed necessary by the Chapter 13 Trustee.

3. That the debtors shall continue to make regular monthly payments pursuant to the terms of the underlying Retail Installment Contract in a timely fashion commencing with the payment due on or

before December 30, 2016 in the amount of $443.60.

3. In the event debtors fail to make any payment called for in this Consent Order thirty (30) days of the due date, creditor may submit a certification of default and a proposed Order for Relief from Automatic Stay to the Court and serve a copy of such certification of default upon the debtors and counsel for debtors. Fourteen (14) days after receipt of a certification of default, the Court will enter an Order granting the creditor relief from the automatic stay unless the debtors have filed an objection to the certification of default specifying reasons for the objection; in which case the Court will set a hearing on the objection.

4. The debtors shall reimburse the creditor through the Chapter 13 Plan for its attorneys' fees in the amount of $350.00 and costs of $176.00 for bringing the motion for relief from the automatic stay.

_____
Michael E Blaine, Esq.
Attorneys for Creditor
Schiller, Knapp, Lefkowitz & Hertzel, LLP
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302

Date: November 30, 2016

_____
Mark Goldman, Esq.
Attorney for Debtor
Goldman & Beslow
7 Glenwood Ave, Suite 311B
East Orange, New Jersey 07017

Date: November 30, 2016