**DISTRICT OF NEW JERSEY**
**UNITED STATES BANKRUPTCY COURT**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Michael E Blaine, Esq. (ID #018132006)
Schiller, Knapp, Lefkowitz & Hertzel, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, TD Auto Finance, LLC

Order Filed on December 1, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DANIEL GUZMAN
AND JOANNA JEREZ
DBA JOANNA'S CLOSET
AKA JOANNA GUZMAN

Debtor.

Case No.: 16-26834-RG

Judge: Hon. Rosemary Gambardella

Chapter: 13

## CONSENT ORDER RESOLVING MOTION TO REIMPOSE AUTOMATIC STAY AS TO

## TD AUTO FINANCE, LLC

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: December 1, 2016

Honorable Rosemary Gambardella
United States Bankruptcy Judge

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Michael E Blaine, Esq. (ID #018132006)
Schiller, Knapp, Lefkowitz & Hertzel, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, TD Auto Finance, LLC

In Re:

DANIEL GUZMAN
AND JOANNA JEREZ
DBA JOANNA'S CLOSET
AKA JOANNA GUZMAN

Debtor.

Case No.: 16-26834-RG

Judge: Hon. Rosemary Gambardella

Chapter: 13

## CONSENT ORDER RESOLVING MOTION TO REIMPOSE AUTOMATIC STAY AS TO TD AUTO FINANCE, LLC

WHEREAS, Debtors moved for an Order reimposing the automatic stay as to TD Auto Finance, LLC (hereinafter "creditor"); and

WHEREAS, the parties have agreed that debtor has cured any post petition default and further agreed to resolve the instant dispute by this Consent Order;

NOW THEREFORE, the creditor and debtor hereby agree as follows:

1. That the Order Vacating Automatic Stay as to Personal Property entered by this Court on November 3, 2016 is hereby vacated.

2. That the debtors shall file an amended plan proposing to pay pre-petition arrears in the amount of $820.66 through the Chapter13 Plan, to the extent deemed necessary by the Chapter 13 Trustee.

3. That the debtors shall continue to make regular monthly payments pursuant to the terms of the underlying Retail Installment Contract in a timely fashion commencing with the payment due on or

before December 30, 2016 in the amount of $443.60.

3. In the event debtors fail to make any payment called for in this Consent Order thirty (30) days of the due date, creditor may submit a certification of default and a proposed Order for Relief from Automatic Stay to the Court and serve a copy of such certification of default upon the debtors and counsel for debtors. Fourteen (14) days after receipt of a certification of default, the Court will enter an Order granting the creditor relief from the automatic stay unless the debtors have filed an objection to the certification of default specifying reasons for the objection; in which case the Court will set a hearing on the objection.

4. The debtors shall reimburse the creditor through the Chapter 13 Plan for its attorneys' fees in the amount of $350.00 and costs of $176.00 for bringing the motion for relief from the automatic stay.

| | |
|---|---|
| _____ | _____ |
| Michael E Blaine, Esq. | Mark Goldman, Esq. |
| Attorneys for Creditor | Attorney for Debtor |
| Schiller, Knapp, Lefkowitz & Hertzel, LLP | Goldman & Beslow |
| 30 Montgomery Street, Suite 1205 | 7 Glenwood Ave, Suite 311B |
| Jersey City, New Jersey 07302 | East Orange, New Jersey 07017 |

Date: November 30, 2016            Date: November 30, 2016

United States Bankruptcy Court
District of New Jersey

In re:  
Daniel Guzman  
Joanna Jerez  
    Debtors

Case No. 16-26834-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Dec 05, 2016  
                          Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2016.  
db/jdb         +Daniel Guzman,    Joanna Jerez,    19 High Street,    Wayne, NJ 07470-4714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2016 at the address(es) listed below:
         Brian C. Nicholas    on behalf of Creditor    Colonial Savings F.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Clifford B. Frish    on behalf of Joint Debtor Joanna   Jerez yrodriguez@goldmanlaw.org, cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com  
         Clifford B. Frish    on behalf of Debtor Daniel   Guzman yrodriguez@goldmanlaw.org, cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com  
         Denise E. Carlon    on behalf of Creditor    Colonial Savings F.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Mark Goldman    on behalf of Joint Debtor Joanna   Jerez yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com  
         Mark Goldman    on behalf of Debtor Daniel   Guzman yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com  
         Michael E. Blaine    on behalf of Creditor    TD Auto Finance LLC mblaine@schillerknapp.com, tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com  
         Rebecca K. McDowell    on behalf of Creditor    First Niagara Bank, N.A. rmcdowell@slgcollect.com  
         Robert L. Saldutti    on behalf of Creditor    First Niagara Bank, N.A. rsaldutti@salduticollect.com, lmarciano@saldutticollect.com;kcollins@slgcollect.com  
                                                                                                                                                              TOTAL: 10