Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.: 16−26834−RG
           Chapter: 13
           Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel Guzman                                           Joanna Jerez
   19 High Street                                            aka Joanna Guzman, dba Joanna's Closet
   Wayne, NJ 07470                                   19 High Street
                                                        Wayne, NJ 07470

Social Security No.:
   xxx−xx−1025                                              xxx−xx−8081

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:     2/14/17
Time:     10:00 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Mark Goldman, Attorney for Debtor

COMMISSION OR FEES
$5,224.90

EXPENSES
0

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: January 20, 2017
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 16-26834-RG
Daniel Guzman                                                                              Chapter 13
Joanna Jerez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                 Page 1 of 3            Date Rcvd: Jan 20, 2017
                              Form ID: 137                Total Noticed: 85

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 22, 2017.
```
db/jdb       +Daniel Guzman,    Joanna Jerez,    19 High Street,    Wayne, NJ 07470-4714
aty          +Joshua I Goldman,    KML Law Group P.C.,    216 Haddon Ave.,    Ste. 406,
               Westmont, NJ 08108-2812
cr           +First Niagara Bank, N.A.,    Saldutti Law Group,    800 N. Kings Highway,    Suite 300,
               Cherry Hill, NJ 08034-1511
cr           +TD Auto Finance LLC,    C/O Schiller, Knapp, Lefkowitz & Hertzel,    950 New Loudon Rd,
               Latham, NY 12110-2100
516370866    #+ACB Receivables Management,    19 Main St,   Asbury Park, NJ 07712-7012
516370865    #+ACB Receivables Management,    Po Box 350,   Asbury Park, NJ 07712-0350
516370868     +AMC A Collection Agency,    4 Westchester Plaza, Ste. 110,    Elmsford, NY 10523-1615
516370864     +Aa Action Collection,    29 Columbia Tpke Ste 303,    Florham Park, NJ 07932-2240
516370867     +Ambulalatory Anesthesia Physicians,    2 Parkway Center,    Pittsburgh, PA 15220-3510
516370873    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
516370904    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Home Depot,     Processing Center,    Des Moines, IA 50364-0500)
516370874    #+Capital One,    Po Box 5253,    Carol Stream, IL 60197-5253
516370871     +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
516370870     +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
516370875     +Capital One Auto Finance,    Attn: Bankruptcy Dept,    Po Box 30258,
               Salt Lake City, UT 84130-0258
516439635      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516370878     +Capital One Na,    Po Box 26625,    Richmond, VA 23261-6625
516370877     +Capital One Na,    Attn: Bankruptcy Dept,    Po Box 30258,    Salt Lake City, UT 84130-0258
516370879      Celantano, Stadtmauer & Walentowicz,,    1095 Route 46 East,    P.O. Box 2594,
               Clifton, NJ 07015-2594
516370882     +Children's Specialized Hospital,    150 New Providence Road,    Mountainside, NJ 07092-2590
516370881      Children's Specialized Hospital,    PO Box 15391,    Newark, NJ 07192-5391
516370883     +Clara Maas Hospital,    1 Clara Maas Drive,    Belleville, NJ 07109-3557
516370886      Comenity Bank/Victoria Secret,    Po Box 18215,    Columbus, OH 43218
516370887     +Comenity Bank/Victoria Secret,    Po Box 182789,    Columbus, OH 43218-2789
516370898     +Evergreen Emergency,    1 Bay Avenue,    Montclair, NJ 07042-4837
516370900      First Premier Bank,    601 S Minneaplois Ave,    Dious FDalls, SD 57104
516370901     +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
516370902     +Geneva Burns,    494 Broad Street,    Newark, NJ 07102-3229
516592058     +Hackensack Anesthesiology Associates, P.A.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
               Parsippany NJ 07054-5020
516370903     +Hackensack University Hospital,    30 Prospect Avenue,    Hackensack, NJ 07601-1915
516589553     +Imaging Subspecialist North Jersey,    Attn: Americollect Inc.,    PO Box 1566,
               Manitowoc, WI 54221-1566
516370905     +James & Annette Franklin,    175 Franklin Avenue # 201,    Nutley, NJ 07110-2973
516370906     +KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
516370910     +LCA Collections,    P.O. Box 15519,    Savannah, GA 31416-2219
516370909     +Lab Corp,    P.O. Box 2240,    Burlington, NC 27216-2240
516370911     +MCS Claim Services Inc.,    123 Frost St, Suite 150,    Westbury, NY 11590-5027
516370913     +Montclair Radiology,    1140 Bloomfield Avenue,    Caldwell, NJ 07006-7126
516370915     +Onemain Financial/Citifinancial,    Po Box 499,    Hanover, MD 21076-0499
516370919     +Progressive,    c/o Credit Collection,    3550 E. Rosser Avenue,    P.O. Box 778,
               Bismarck, ND 58502-0778
516370920     +Quality Asset Recovery,    7 Foster Avenue,    Gibbsboro, NJ 08026-1191
516370921      Schacter Portney, LLC,    3490 US-1,    Princeton, NJ 08540
516370922     +Select Anesthesia,    1075 Kingwood Drive, Ste. 105,    Kingwood, TX 77339-3000
516370925     +St. Joseph Healthcare,    703 Main Street,    Paterson, NJ 07503-2691
516459441     +TD Auto Finance LLC,    30 Montgomery St.,    Ste. 1205,   Jersey City, NJ 07302-3835
516370926      Td Auto Finance,    Po Box 9223,    Farmington Hills, MI 48333-9223
516370927      The Valley Hospital,    223 North Van Dien Avenue,    Ridgewood, NJ 07450-2736
516370928     +Thrift Investment Corp,    720 King Georges Post Rd,    Fords, NJ 08863-1985
516370929     +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
516370930     +Visa Dept Store National Bank,    Po Box 8218,    Mason, OH 45040-8218
516370932     +Wells Fargo Education Financial Services,    Wells Fargo Bank,    Po Box 5185,
               Sioux Falls, SD 57117-5185
516370933     +Wells Fargo Education Financial Services,    Po Box 84712,    Sioux Falls, SD 57118-4712
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 20 2017 23:21:38     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 20 2017 23:21:35     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516370869      E-mail/Text: ebn@americollect.com Jan 20 2017 23:21:46     Americollect Inc,   Po Box 1566,
               Manitowoc, WI 54221
```

```
District/off: 0312-2          User: admin              Page 2 of 3              Date Rcvd: Jan 20, 2017
                              Form ID: 137             Total Noticed: 85


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516559083      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 20 2017 23:20:04
               Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
               Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
516370876     +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jan 20 2017 23:25:25
               Capital One Auto Finance,    3901 Dallas Pkwy,    Plano, TX 75093-7864
516370880     +E-mail/Text: bankruptcy@certifiedcollection.com Jan 20 2017 23:21:28      Certified Credit,
               P.O. Box 336,    Raritan, NJ 08869-0336
516370884     +E-mail/Text: bankruptcydesk@colonialsavings.com Jan 20 2017 23:22:04      Colonial Savings & Loa,
               Attn Bankruptcy,    2626 W Freeway Bldg B,    Fort Worth, TX 76102-7109
516370885     +E-mail/Text: bankruptcydesk@colonialsavings.com Jan 20 2017 23:22:04      Colonial Savings & Loa,
               2600 West Fwy,    Fort Worth, TX 76102-7109
516596670     +E-mail/Text: bankruptcydesk@colonialsavings.com Jan 20 2017 23:22:04      Colonial Savings F.A.,
               2626 W FWY,    Fort Worth, TX 76102-7109
516370888     +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 20 2017 23:22:35
               Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
516370889     +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 20 2017 23:22:35
               Credit Collections Svc,    Po Box 607,    Norwood, MA 02062-0607
516370890     +E-mail/Text: creditonebknotifications@resurgent.com Jan 20 2017 23:21:03      Credit One Bank Na,
               Po Box 98873,    Las Vegas, NV 89193-8873
516370892     +E-mail/Text: creditonebknotifications@resurgent.com Jan 20 2017 23:21:03      Credit One Bank Na,
               Po Box 98875,    Las Vegas, NV 89193-8875
516370891     +E-mail/Text: creditonebknotifications@resurgent.com Jan 20 2017 23:21:03      Credit One Bank Na,
               585 Pilot Road,    Las Vegas, NV 89119-3619
516370894      E-mail/Text: mrdiscen@discover.com Jan 20 2017 23:21:00      Discover Financial,   Po Box 15316,
               Wilmington, DE 19850
516381192      E-mail/Text: mrdiscen@discover.com Jan 20 2017 23:21:00      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
516370893     +E-mail/Text: mrdiscen@discover.com Jan 20 2017 23:21:00      Discover Financial,   Po Box 3025,
               New Albany, OH 43054-3025
516370896     +E-mail/Text: bankruptcies@escallate.com Jan 20 2017 23:20:57      Escallate LLC,
               5200 Stoneham Rd,    North Canton, OH 44720-1584
516370895     +E-mail/Text: bankruptcies@escallate.com Jan 20 2017 23:20:57      Escallate LLC,
               Attn:Bankruptcy,    5200 Stoneham Rd Ste 200,    North Canton, OH 44720-1584
516370897     +E-mail/Text: ebn@phoenixphysicians.com Jan 20 2017 23:21:48      Evergreen Emergency,
               Solutions PC,    P.O. Box 935175,    Atlanta, GA 31193-5175
516370899      E-mail/Text: fnb.bk@fnfg.com Jan 20 2017 23:22:02      First Niagara Bank,   6950 S Transit Rd,
               Lockport, NY 14094
516432112      E-mail/Text: fnb.bk@fnfg.com Jan 20 2017 23:22:02      First Niagara Bank, N.A.,
               6950 South Transit Road,    PO Box 514,    Lockport NY 14095-0514
516370908     +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 20 2017 23:21:07      Kohls/Capital One,
               Po Box 3115,    Milwaukee, WI 53201-3115
516370907     +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 20 2017 23:21:07      Kohls/Capital One,
               Po Box 3120,    Milwaukee, WI 53201-3120
516553976      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 20 2017 23:19:52
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516370914     +E-mail/PDF: cbp@onemainfinancial.com Jan 20 2017 23:19:48      Onemain Financial/Citifinancial,
               6801 Colwell Blvd,    Ntsb-2320,    Irving, TX 75039-3198
516370916      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 20 2017 23:25:27
               Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
516370918      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 20 2017 23:25:28
               Portfolio Recovery Assoc.,    P.O. Box 12914,    Norfolk, VA 23541
516594258      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 20 2017 23:38:59
               Portfolio Recovery Associates, LLC,    c/o One main Financial,    POB 41067,    Norfolk VA 23541
516586817      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 20 2017 23:39:07
               Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
516370924      E-mail/Text: bankruptcy@senexco.com Jan 20 2017 23:20:57      Senex Services Corp,
               333 Founds Rd,    Indianapolis, IN 46268
516370923      E-mail/Text: bankruptcy@senexco.com Jan 20 2017 23:20:57      Senex Services Corp,
               3333 Founders Rd,    2nd Floor,    Indianaoplis, IN 46268
516370931     +E-mail/Text: collect@williamsalexander.com Jan 20 2017 23:21:23      Waassociates,   Po Box 2148,
               Wayne, NJ 07474-2148
516370934     +E-mail/Text: collect@williamsalexander.com Jan 20 2017 23:21:23
               Williams Alexander & Associates,    1479 Route 23 South,    Wayne, NJ 07470-7507
                                                                                               TOTAL: 34

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516370872*    +Capital One,   P.O. Box 30285,    Salt Lake City, UT 84130-0285
516370912    ##+Meridian Bank,    92 Lancaster Ave,    Devon, PA 19333-1378
516370917    ##+Portfolio Recovery,    287 Independence,    Virginia Beach, VA 23462-2962
                                                                                      TOTALS: 0, * 1, ## 2

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2           User: admin              Page 3 of 3            Date Rcvd: Jan 20, 2017
                               Form ID: 137             Total Noticed: 85
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2017                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 20, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Colonial Savings F.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Clifford B. Frish    on behalf of Debtor Daniel  Guzman yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              Clifford B. Frish    on behalf of Joint Debtor Joanna   Jerez yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              Denise E. Carlon    on behalf of Creditor    Colonial Savings F.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Mark  Goldman    on behalf of Joint Debtor Joanna   Jerez yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              Mark  Goldman    on behalf of Debtor Daniel  Guzman yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              Michael E. Blaine    on behalf of Creditor    TD Auto Finance LLC mblaine@schillerknapp.com,
               tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
              Rebecca K. McDowell    on behalf of Creditor    First Niagara Bank, N.A. rmcdowell@slgcollect.com
              Robert L. Saldutti    on behalf of Creditor    First Niagara Bank, N.A.
               rsaldutti@saldutticollect.com, lmarciano@saldutticollect.com;kcollins@slgcollect.com
                                                                                              TOTAL: 10
```