Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−26834−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Daniel Guzman | Joanna Jerez |
| 19 High Street | aka Joanna Guzman, dba Joanna's Closet |
| Wayne, NJ 07470 | 19 High Street |
| | Wayne, NJ 07470 |

Social Security No.:
  xxx−xx−1025                                 xxx−xx−8081

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/21/17 at 10:30 AM

to consider and act upon the following:

*45* − Certification in Opposition to (related document:42 Creditor's Certification of Default (related document:28 Order on Motion to Reinstate Stay) filed by Michael E. Blaine on behalf of TD Auto Finance LLC. Objection deadline is 05/16/2017. (Attachments: # 1 Exhibit A # 2 Form 16a # 3 Proposed Order # 4 Certificate of Service) (Blaine, Michael)INCOMPLETE ELECTRONICE SIGNATURE ON CERTIFICATE OF SERVICE. Modified TEXT on 5/4/2017 (lc). filed by Creditor TD Auto Finance LLC) filed by Mark Goldman on behalf of Daniel Guzman, Joanna Jerez. (Goldman, Mark)

Dated: 5/10/17

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Daniel Guzman  
Joanna Jerez  
    Debtors

Case No. 16-26834-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 10, 2017  
                    Form ID: ntchrgbk    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2017.
```
db/jdb      +Daniel Guzman,   Joanna Jerez,   19 High Street,    Wayne, NJ 07470-4714
aty         +Joshua I Goldman,   KML Law Group P.C.,   216 Haddon Ave.,   Ste. 406,
              Westmont, NJ 08108-2812
cr          +First Niagara Bank, N.A.,   Saldutti Law Group,   800 N. Kings Highway,   Suite 300,
              Cherry Hill, NJ 08034-1511
cr          +TD Auto Finance LLC,   C/O Schiller, Knapp, Lefkowitz & Hertzel,   950 New Loudon Rd,
              Latham, NY 12110-2100
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2017 at the address(es) listed below:
```
          Brian C. Nicholas    on behalf of Creditor    Colonial Savings F.A. bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Clifford B. Frish    on behalf of Joint Debtor Joanna  Jerez yrodriguez@goldmanlaw.org,
           cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
          Clifford B. Frish    on behalf of Debtor Daniel  Guzman yrodriguez@goldmanlaw.org,
           cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
          Denise E. Carlon    on behalf of Creditor    Colonial Savings F.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Mark Goldman    on behalf of Debtor Daniel  Guzman yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
          Mark Goldman    on behalf of Joint Debtor Joanna  Jerez yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
          Michael E. Blaine    on behalf of Creditor    TD Auto Finance LLC mblaine@schillerknapp.com,
           tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com
          Rebecca K. McDowell    on behalf of Creditor    First Niagara Bank, N.A. rmcdowell@slgcollect.com
          Robert L. Saldutti    on behalf of Creditor    First Niagara Bank, N.A.
           rsaldutti@saldutticollect.com, lmarciano@saldutticollect.com;kcollins@slgcollect.com
                                                                                             TOTAL: 10
```