Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 16−26834−RG
          Chapter: 13
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel Guzman                                              Joanna Jerez
   19 High Street                                              aka Joanna Guzman, dba Joanna's Closet
   Wayne, NJ 07470                                     19 High Street
                                                             Wayne, NJ 07470

Social Security No.:
   xxx−xx−1025                                              xxx−xx−8081
Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/16/17 at 10:30 AM

to consider and act upon the following:

**45** − Certification in Opposition to (related document:42 Creditor's Certification of Default (related document:28 Order on Motion to Reinstate Stay) filed by Michael E. Blaine on behalf of TD Auto Finance LLC. Objection deadline is 05/16/2017. (Attachments: # 1 Exhibit A # 2 Form 16a # 3 Proposed Order # 4 Certificate of Service) (Blaine, Michael)INCOMPLETE ELECTRONICE SIGNATURE ON CERTIFICATE OF SERVICE. Modified TEXT on 5/4/2017 (lc). filed by Creditor TD Auto Finance LLC) filed by Mark Goldman on behalf of Daniel Guzman, Joanna Jerez. (Goldman, Mark)

Dated: 7/19/17

                                                                        Jeanne Naughton
                                                                         Clerk, U.S. Bankruptcy Court