Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  16−26834−RG
        Chapter:  13
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Daniel Guzman                                       Joanna Jerez
  19 High Street                                     aka Joanna Guzman, dba Joanna's Closet
  Wayne, NJ 07470                           19 High Street
                                                 Wayne, NJ 07470

Social Security No.:
  xxx−xx−1025                                         xxx−xx−8081

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on August 31, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 58 − 57
Consent Order re: Resolving Certification of Default, (related document:57 Certificate of Consent filed by Creditor TD Auto Finance LLC). Filed by Michael E. Blaine on behalf of TD Auto Finance LLC . Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/30/2017. (car)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 31, 2017
JAN: car

                                                                                       Jeanne Naughton
                                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Daniel Guzman
Joanna Jerez
    Debtors

Case No. 16-26834-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 31, 2017
                              Form ID: orderntc     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.
```
db/jdb         +Daniel Guzman,    Joanna Jerez,    19 High Street,    Wayne, NJ 07470-4714
aty            +Joshua I Goldman,    KML Law Group P.C.,    216 Haddon Ave.,    Ste. 406,
                 Westmont, NJ 08108-2812
cr             +First Niagara Bank, N.A.,    Saldutti Law Group,    800 N. Kings Highway,    Suite 300,
                 Cherry Hill, NJ 08034-1511
cr             +TD Auto Finance LLC,    C/O Schiller, Knapp, Lefkowitz & Hertzel,    950 New Loudon Rd,
                 Latham, NY 12110-2100
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2017 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    Colonial Savings F.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Clifford B. Frish    on behalf of Debtor Daniel  Guzman yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              Clifford B. Frish    on behalf of Joint Debtor Joanna  Jerez yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              David G. Beslow    on behalf of Joint Debtor Joanna  Jerez yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              David G. Beslow    on behalf of Debtor Daniel  Guzman yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              Denise E. Carlon    on behalf of Creditor    Colonial Savings F.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Emmanuel J. Argentieri    on behalf of Creditor    Key Bank, N.A. bk@rgalegal.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Mark  Goldman    on behalf of Joint Debtor Joanna  Jerez yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              Mark  Goldman    on behalf of Debtor Daniel  Guzman yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              Michael E. Blaine    on behalf of Creditor    TD Auto Finance LLC mblaine@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com
              Rebecca K. McDowell    on behalf of Creditor    First Niagara Bank, N.A. rmcdowell@slgcollect.com
              Robert L. Saldutti    on behalf of Creditor    First Niagara Bank, N.A.
               rsaldutti@salduttcollect.com, lmarciano@salduttcollect.com;kcollins@slgcollect.com
                                                                                             TOTAL: 13
```