| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| GOLDMAN & BESLOW, LLC<br>Attorneys at Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey  07017<br>(973)-677-9000<br>Mark Goldman #MG-8019<br><br>*Attorneys for Debtor(s), Daniel Guzman<br>Joanna Guzman* |

Order Filed on December 8, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re:<br><br>**Daniel Guzman<br>Joanna Jerez**<br><br>Debtors | Case No.:   16-26834<br><br>Chapter:      13<br><br>Judge:         RG |
|---|---|

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 8, 2017**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page:          2
Debtor(s):     David Guzman
               Joanna Jerez
Case No.:      16-26834/RG

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that Mark Goldman, Esq., the applicant, is allowed the sum of $__3242.85__ for services rendered and expenses in the amount of $_0__ for a total of $_3242.85_ of which  0_ has already been received by said attorney and of which the balance of $ 3242.85_ shall be paid by the Chapter 13 Standing Trustee. The allowance shall be payable:

_XX through the Chapter 13 Plan as an administrative priority.

___ outside the plan.

The debtor's monthly plan is modified to require a payment of $_1,913.00 per month for 27 (starting 6/2019) months to allow for payment of the aforesaid fee.