**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys at Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey   07017
(973)-677-9000
Mark Goldman #MG-8019

*Attorneys for Debtor(s), Daniel Guzman
Joanna Guzman*

Order Filed on December 8, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Daniel Guzman
Joanna Jerez**

Debtors

Case No.:   16-26834

Chapter:    13

Judge:      RG

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED**.

DATED: December 8, 2017

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page:         2
Debtor(s):    David Guzman
              Joanna Jerez
Case No.:     16-26834/RG

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that Mark Goldman, Esq., the applicant, is allowed the sum of $__3242.85__ for services rendered and expenses in the amount of $_0__ for a total of $_3242.85_ of which  0_ has already been received by said attorney and of which the balance of $ 3242.85_ shall be paid by the Chapter 13 Standing Trustee.   The allowance shall be payable:

   _XX through the Chapter 13 Plan as an administrative priority.

   ___ outside the plan.

The debtor's monthly plan is modified to require a payment of $_1,913.00 per month for 27 (starting 6/2019) months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:
Daniel Guzman
Joanna Jerez
    Debtors

Case No. 16-26834-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 11, 2017
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2017.
db/jdb        +Daniel Guzman,    Joanna Jerez,    19 High Street,    Wayne, NJ 07470-4714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2017                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2017 at the address(es) listed below:
         Brian C. Nicholas    on behalf of Creditor    Colonial Savings F.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
         Clifford B. Frish    on behalf of Joint Debtor Joanna   Jerez yrodriguez@goldmanlaw.org, cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
         Clifford B. Frish    on behalf of Debtor Daniel   Guzman yrodriguez@goldmanlaw.org, cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
         David G. Beslow    on behalf of Joint Debtor Joanna   Jerez yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
         David G. Beslow    on behalf of Debtor Daniel   Guzman yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
         Denise E. Carlon    on behalf of Creditor    Colonial Savings F.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Emmanuel J. Argentieri    on behalf of Creditor    Key Bank, N.A. bk@rgalegal.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Mark Goldman    on behalf of Debtor Daniel   Guzman yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
         Mark Goldman    on behalf of Joint Debtor Joanna   Jerez yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
         Michael E. Blaine    on behalf of Creditor    TD Auto Finance LLC mblaine@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com
         Rebecca K. McDowell    on behalf of Creditor    First Niagara Bank, N.A. rmcdowell@slgcollect.com
         Robert L. Saldutti    on behalf of Creditor    First Niagara Bank, N.A. rsaldutti@salduttticollect.com, lmarciano@salduttticollect.com;kcollins@slgcollect.com
                                                                                                         TOTAL: 13