1/30/18  4:13PM

Last revised: August 1, 2017

# UNITED STATES BANKRUPTCY COURT
## New Jersey

IN RE:  **Daniel Guzman**
**Joanna Jerez**

Case No.:  **16-26834**
Judge:  **RG**

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original            ☑ Modified/Notice Required            Date:  **1/29/2018**
☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☑ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  **MG**        Initial Debtor:  **D G**        Initial Co-Debtor  **J J**

### Part 1:  Payment and Length of Plan

a. The debtor paid in  **$18,580.00 Monthly for 17 months**  to the Chapter 13 Trustee, and starting on  **February 2018  $525.00**  for approximately  **43**  months.

b. The debtor shall make plan payments to the Trustee from the following sources:

1

☑ Future Earnings
☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection  X NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Marie- Anne Greenberg** | **Trustee's administrative fees** | **Unknown** |
| **Goldman & Beslow LLC** | **Attorney's fees and costs** | **Unknown** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

2

**Part 4: Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| First Niagra | 2011 Nissan Versa | $442..04 | | $442.04 | $206.02 |
| TD Bank | 2011 Chrysler Town & Country | $1346.66 | | $1346.66 | $445.00 |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

### c. Secured claims excluded from 11 U.S.C. 506: ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☐ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **Colonial Savings & Loan** | **19 High Street Wayne, NJ 07470 Passaic County** | **$335,000.00** | **surrender in full satisfaction of the debt** |

**f. Secured Claims Unaffected by the Plan** ☑ NONE

The following secured claims are unaffected by the Plan:

Creditor

**g. Secured Claims to be Paid in Full Through the Plan** ☑ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | 0.00 |

## Part 5: Unsecured Claims   ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐   Not less than $____ to be distributed *pro rata*

☐   Not less than ___ percent

☑   *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|

## Part 6: Executory Contracts and Unexpired Leases   ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|

## Part 7: Motions   ☐ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J.**

4

**LBR 3015-1.** *A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   ☑ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**
The Standing Trustee shall pay allowed claims in the following order:
1) **Ch. 13 Standing Trustee Commissions**
2) **Other Administrative Claims including attorney's fees and costs**
3) **Priority Claims**
4) **Secured Claims**

5

5) **Lease Arrearages**
6) **General Unsecured Claims**

### d. Post-Petition Claims

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: __1/29/2018__.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To surrender their home | To show surrender & reduce trustee payment |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☑ Yes    ☐ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date    **January 29, 2018**    /s/ **Mark Goldman, Esq.**
                                **Mark Goldman, Esq. 8019**
                                Attorney for the Debtor

Date:    **January 29, 2018**    /s/ **Daniel Guzman**
                                 **Daniel Guzman**
                                 Debtor

Date:    **January 29, 2018**    /s/ **Joanna Jerez**
                                 **Joanna Jerez**
                                 Joint Debtor

## Signatures

The Debtor(s) and the attorney for the Debtor(s) if any, must sign this Plan.

Date    **January 29, 2018**    /s/ **Mark Goldman, Esq.**
                                **Mark Goldman, Esq. 8019**
                                Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date:    **January 29, 2018**    /s/ **Daniel Guzman**
                                 **Daniel Guzman**
                                 Debtor

1/30/18 4:13PM

| Date: | **January 29, 2018** | /s/ Joanna Jerez |
| | | **Joanna Jerez** |
| | | Joint Debtor |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-26834-RG
Daniel Guzman                                                         Chapter 13
Joanna Jerez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3           Date Rcvd: Jan 31, 2018
                              Form ID: pdf901          Total Noticed: 87

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2018.
```
db/jdb         +Daniel Guzman,    Joanna Jerez,    19 High Street,    Wayne, NJ 07470-4714
aty            +Joshua I Goldman,    KML Law Group P.C.,    216 Haddon Ave.,    Ste. 406,
                 Westmont, NJ 08108-2812
cr             +First Niagara Bank, N.A.,    Saldutti Law Group,    800 N. Kings Highway,    Suite 300,
                 Cherry Hill, NJ 08034-1511
cr             +TD Auto Finance LLC,    C/O Schiller, Knapp, Lefkowitz & Hertzel,    950 New Loudon Rd,
                 Latham, NY 12110-2100
516370868      +AMC A Collection Agency,    4 Westchester Plaza, Ste. 110,    Elmsford, NY 10523-1615
516370864      +Aa Action Collection,    29 Columbia Tpke Ste 303,    Florham Park, NJ 07932-2240
516370867      +Ambulalatory Anesthesia Physicians,    2 Parkway Center,    Pittsburgh, PA 15220-3510
516370873     ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,     15000 Capital One Dr,   Richmond, VA 23238)
516370904     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Home Depot,    Processing Center,    Des Moines, IA 50364-0500)
516370870      +Capital One,    Po Box 30285,   Salt Lake City, UT 84130-0285
516370871      +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
516370875      +Capital One Auto Finance,    Attn: Bankruptcy Dept,    Po Box 30258,
                 Salt Lake City, UT 84130-0258
516439635       Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC  28272-1083
516370878      +Capital One Na,   Po Box 26625,    Richmond, VA 23261-6625
516370877      +Capital One Na,    Attn: Bankruptcy Dept,    Po Box 30258,    Salt Lake City, UT 84130-0258
516370879       Celantano, Stadtmauer & Walentowicz,,    1095 Route 46 East,    P.O. Box 2594,
                 Clifton, NJ 07015-2594
516370882      +Children's Specialized Hospital,    150 New Providence Road,    Mountainside, NJ 07092-2590
516370881       Children's Specialized Hospital,    PO Box 15391,    Newark, NJ 07192-5391
516370883      +Clara Maas Hospital,    1 Clara Maas Drive,    Belleville, NJ 07109-3557
516370887      +Comenity Bank/Victoria Secret,    Po Box 182789,    Columbus, OH 43218-2789
516370886       Comenity Bank/Victoria Secret,    Po Box 18215,    Columbus, OH 43218
516370898      +Evergreen Emergency,    1 Bay Avenue,    Montclair, NJ 07042-4837
516370900       First Premier Bank,    601 S Minneaplois Ave,    Dious FDalls, SD 57104
516370901      +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
516370902      +Geneva Burns,    494 Broad Street,    Newark, NJ 07102-3229
516592058      +Hackensack Anesthesiology Associates, P.A.,     c/o Pressler and Pressler, LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
516370903      +Hackensack University Hospital,    30 Prospect Avenue,    Hackensack, NJ 07601-1915
516589553      +Imaging Subspecialist North Jersey,    Attn: Americollect Inc.,    PO Box 1566,
                 Manitowoc, WI 54221-1566
516370905      +James & Annette Franklin,    175 Franklin Avenue # 201,    Nutley, NJ 07110-2973
516370906      +KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
516370910      +LCA Collections,    P.O. Box 15519,    Savannah, GA 31416-2219
516370909      +Lab Corp,    P.O. Box 2240,    Burlington, NC 27216-2240
516370911      +MCS Claim Services Inc.,    123 Frost St, Suite 150,    Westbury, NY 11590-5027
516370912      +Meridian Bank,    92 Lancaster Ave,    Devon, PA 19333-1378
516370913      +Montclair Radiology,    1140 Bloomfield Avenue,    Caldwell, NJ 07006-7126
516602681       Montclair Radiology,    Attn: CCCB,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
516602686       Mountainside Hospital,    Attn: CCCB,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
516370919      +Progressive,    c/o Credit Collection,    3550 E. Rosser Avenue,    P.O. Box 778,
                 Bismarck, ND 58502-0778
516370920      +Quality Asset Recovery,    7 Foster Avenue,    Gibbsboro, NJ 08026-1191
516370921       Schacter Portney, LLC,    3490 US-1,    Princeton, NJ 08540
516370922      +Select Anesthesia,    1075 Kingwood Drive, Ste. 105,    Kingwood, TX 77339-3000
516370925      +St. Joseph Healthcare,    703 Main Street,    Paterson, NJ 07503-2691
516705321      +TD Auto Finance LLC,    Trustee Payment Department,    PO Box 16041,    Lewiston, ME 04243-9523
516459441      +TD Auto Finance LLC,    30 Montgomery St.,    Ste. 1205,    Jersey City, NJ 07302-3835
516698103      +TD Auto Finance LLC,    Attn: Michael E. Blaine,    30 Montgomery St.,    Ste. 1205,
                 Jersey City, NJ 07302-3835
516370926      +Td Auto Finance,    Po Box 9223,    Farmington Hills, MI 48333-9223
516370927       The Valley Hospital,    223 North Van Dien Avenue,    Ridgewood, NJ 07450-2736
516370928      +Thrift Investment Corp,    720 King Georges Post Rd,    Fords, NJ 08863-1985
516370929      +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
516370930      +Visa Dept Store National Bank,    Po Box 8218,    Mason, OH 45040-8218
516370933      +Wells Fargo Education Financial Services,    Po Box 84712,    Sioux Falls, SD 57118-4712
516370932      +Wells Fargo Education Financial Services,    Wells Fargo Bank,    Po Box 5185,
                 Sioux Falls, SD 57117-5185
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 31 2018 22:50:31     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 31 2018 22:50:28      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516370869       E-mail/Text: ebn@americollect.com Jan 31 2018 22:50:37     Americollect Inc,    Po Box 1566,
                 Manitowoc, WI 54221
```

```
District/off: 0312-2          User: admin              Page 2 of 3                  Date Rcvd: Jan 31, 2018
                              Form ID: pdf901          Total Noticed: 87


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516559083         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 31 2018 22:56:19
                   Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                   Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                   Greenville, SC 29603-0587
516370876        +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jan 31 2018 22:56:36
                   Capital One Auto Finance,    3901 Dallas Pkwy,    Plano, TX 75093-7864
516370880        +E-mail/Text: bankruptcy@certifiedcollection.com Jan 31 2018 22:50:21      Certified Credit,
                   P.O. Box 336,    Raritan, NJ 08869-0336
516370884        +E-mail/Text: bankruptcydesk@colonialsavings.com Jan 31 2018 22:50:50      Colonial Savings & Loa,
                   Attn Bankruptcy,    2626 W Freeway Bldg B,    Fort Worth, TX 76102-7109
516370885        +E-mail/Text: bankruptcydesk@colonialsavings.com Jan 31 2018 22:50:50      Colonial Savings & Loa,
                   2600 West Fwy,    Fort Worth, TX 76102-7109
516596670        +E-mail/Text: bankruptcydesk@colonialsavings.com Jan 31 2018 22:50:50      Colonial Savings F.A.,
                   2626 W FWY,    Fort Worth, TX 76102-7109
516370888        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 31 2018 22:51:14
                   Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
516370889        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 31 2018 22:51:14
                   Credit Collections Svc,    Po Box 607,    Norwood, MA 02062-0607
516370890        +E-mail/PDF: creditonebknotifications@resurgent.com Jan 31 2018 22:56:19      Credit One Bank Na,
                   Po Box 98873,    Las Vegas, NV 89193-8873
516370892        +E-mail/PDF: creditonebknotifications@resurgent.com Jan 31 2018 22:56:33      Credit One Bank Na,
                   Po Box 98875,    Las Vegas, NV 89193-8875
516370891        +E-mail/PDF: creditonebknotifications@resurgent.com Jan 31 2018 22:56:18      Credit One Bank Na,
                   585 Pilot Road,    Las Vegas, NV 89119-3619
516370894         E-mail/Text: mrdiscen@discover.com Jan 31 2018 22:49:53      Discover Financial,    Po Box 15316,
                   Wilmington, DE 19850
516381192         E-mail/Text: mrdiscen@discover.com Jan 31 2018 22:49:53      Discover Bank,
                   Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516370893        +E-mail/Text: mrdiscen@discover.com Jan 31 2018 22:49:53      Discover Financial,    Po Box 3025,
                   New Albany, OH 43054-3025
516370896        +E-mail/Text: bankruptcies@escallate.com Jan 31 2018 22:49:50      Escallate LLC,
                   5200 Stoneham Rd,    North Canton, OH 44720-1584
516370895        +E-mail/Text: bankruptcies@escallate.com Jan 31 2018 22:49:50      Escallate LLC,
                   Attn:Bankruptcy,    5200 Stoneham Rd Ste 200,    North Canton, OH 44720-1584
516370897        +E-mail/Text: ebn@phoenixphysicians.com Jan 31 2018 22:50:39      Evergreen Emergency,
                   Solutions PC,    P.O. Box 935175,    Atlanta, GA 31193-5175
516370899         E-mail/Text: fnb.bk@fnfg.com Jan 31 2018 22:50:48      First Niagara Bank,    6950 S Transit Rd,
                   Lockport, NY 14094
516432112         E-mail/Text: fnb.bk@fnfg.com Jan 31 2018 22:50:48      First Niagara Bank, N.A.,
                   6950 South Transit Road,    PO Box 514,    Lockport NY 14095-0514
516370908        +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 31 2018 22:49:58      Kohls/Capital One,
                   Po Box 3115,    Milwaukee, WI 53201-3115
516370907        +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 31 2018 22:49:58      Kohls/Capital One,
                   Po Box 3120,    Milwaukee, WI 53201-3120
516553976         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 31 2018 22:56:34
                   LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516370915        +E-mail/PDF: cbp@onemainfinancial.com Jan 31 2018 22:45:58      Onemain Financial/Citifinancial,
                   Po Box 499,    Hanover, MD 21076-0499
516370914        +E-mail/PDF: cbp@onemainfinancial.com Jan 31 2018 22:45:58      Onemain Financial/Citifinancial,
                   6801 Colwell Blvd,    Ntsb-2320,    Irving, TX 75039-3198
516370916         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2018 22:56:39
                   Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
516370918         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2018 22:56:37
                   Portfolio Recovery Assoc.,    P.O. Box 12914,    Norfolk, VA 23541
516594258         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2018 22:56:54
                   Portfolio Recovery Associates, LLC,    c/o One main Financial,    POB 41067,    Norfolk VA 23541
516586817         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2018 23:07:46
                   Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
516370924        +E-mail/Text: bankruptcy@senexco.com Jan 31 2018 22:49:49      Senex Services Corp,
                   333 Founds Rd,    Indianapolis, IN 46268
516370923        +E-mail/Text: bankruptcy@senexco.com Jan 31 2018 22:49:49      Senex Services Corp,
                   3333 Founders Rd,    2nd Floor,    Indianaoplis, IN 46268
516370931        +E-mail/Text: collect@williamsalexander.com Jan 31 2018 22:50:17      Waassociates,    Po Box 2148,
                   Wayne, NJ 07474-2148
516370934        +E-mail/Text: collect@williamsalexander.com Jan 31 2018 22:50:17
                   Williams Alexander & Associates,    1479 Route 23 South,    Wayne, NJ 07470-7507
                                                                                               TOTAL: 35

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516370872*       +Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
516370865       ##+ACB Receivables Management,    Po Box 350,    Asbury Park, NJ 07712-0350
516370866       ##+ACB Receivables Management,    19 Main St,    Asbury Park, NJ 07712-7012
516370874       ##+Capital One,    Po Box 5253,    Carol Stream, IL 60197-5253
516370917       ##+Portfolio Recovery,    287 Independence,    Virginia Beach, VA 23462-2962
                                                                                               TOTALS: 0, * 1, ## 4
```

```
District/off: 0312-2            User: admin                 Page 3 of 3                   Date Rcvd: Jan 31, 2018
                                Form ID: pdf901             Total Noticed: 87
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2018 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Colonial Savings F.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Clifford B. Frish    on behalf of Joint Debtor Joanna    Jerez yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Clifford B. Frish    on behalf of Debtor Daniel    Guzman yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              David G. Beslow    on behalf of Joint Debtor Joanna    Jerez yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              David G. Beslow    on behalf of Debtor Daniel    Guzman yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Colonial Savings F.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Emmanuel J. Argentieri    on behalf of Creditor    Key Bank, N.A. bk@rgalegal.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark Goldman    on behalf of Joint Debtor Joanna    Jerez yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Mark Goldman    on behalf of Debtor Daniel    Guzman yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Michael E. Blaine    on behalf of Creditor    TD Auto Finance LLC mblaine@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com
              Rebecca K. McDowell    on behalf of Creditor    First Niagara Bank, N.A. rmcdowell@slgcollect.com
              Richard James Tracy, III    on behalf of Creditor    TD Auto Finance LLC rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com
              Robert L. Saldutti    on behalf of Creditor    First Niagara Bank, N.A.
               rsaldutti@salduttiollect.com,    lmarciano@salduttiollect.com;kcollins@slgcollect.com
                                                                                             TOTAL: 14