Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−26834−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Daniel Guzman | Joanna Jerez |
| --- | --- |
| 19 High Street | aka Joanna Guzman, dba Joanna's Closet |
| Wayne, NJ 07470 | 19 High Street |
|  | Wayne, NJ 07470 |

Social Security No.:
  xxx−xx−1025                                 xxx−xx−8081

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 29, 2018</u>                   <u>Rosemary Gambardella</u>
                                             Judge, United States Bankruptcy Court